# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:05CV283

| | |
|---|---|
| **JOHN F. SIMONTACCHI,** | ) |
|     **Plaintiff** | ) |
| | )    **ORDER** |
| v. | ) |
| | ) |
| **INVENSYS INC.** | ) |
|     **Defendant.** | ) |
| | ) |

**THIS MATTER** is before the court on its own motion. The Certification and Report of FRCP 26(F) Conference and Discovery Plan in this case indicates that this matter is to be set for a status conference before entry of the scheduling order. Accordingly, the parties are directed to appear in my chambers on **Tuesday, November 8, 2005 at 11:30 a.m.**

IT IS SO ORDERED.

**Signed: October 18, 2005**

Graham C. Mullen
Chief United States District Judge