| | | |
|---|---|---|
| **JOHN F. SIMONTACCHI,** | ) | |
| **Plaintiff** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **INVENSYS INC.** | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the court on its own motion. The status conference set for Tuesday, November 8, 2005 at 11:30 has been rescheduled to 10:30 a.m.  Accordingly, the parties are directed to appear in my chambers on **Tuesday, November 8, 2005 at 10:30 a.m.**

IT IS SO ORDERED.

**Signed: October 26, 2005**

Graham C. Mullen
Chief United States District Judge