IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV283

| | |
|---|---|
| JOHN F. SIMONTACCHI, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>INVENSYS INC., )<br>      Defendant. )<br>_____ ) | **ORDER** |

    This matter is before the court upon its own motion. The Certification and Report of FRCP 26(F) Conference and Discovery Plan [doc. 21] in this case indicates that this matter is to be set for a status conference before entry of the scheduling order. Accordingly, the parties are directed to appear in my chambers on **Thursday, October 12, 2006, at 10:30 a.m.**

    It is so ordered.

                                          Signed: August 22, 2006

                                          Graham C. Mullen
                                          United States District Judge