IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| JOHN F. SIMONTACCHI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:05CV283 |
| | ) | |
| IVENSYS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| JOHN F. SIMONTACCHI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:06CV52 |
| | ) | |
| IVENSYS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. The Plaintiff in these matters is *pro se*. The Plaintiff has informed the court that he needs additional time to respond to Defendant's discovery requests due to illness. Accordingly,

IT IS THEREFORE ORDERED that Plaintiff shall have until March 30, 2007 to respond to Defendant's discovery requests.

IT IS FURTHER ORDERED that the discovery deadline in this matter is hereby extended until April 30, 2007. Dispositive motions are due thirty days thereafter.

Signed: March 6, 2007

Graham C. Mullen
United States District Judge