UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-283

| | | |
|---|---|---|
| JOHN F. SIMONTACCHI, | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| INVENSYS, INC., | ) | |
|     Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **November 5, 2007, term of court at 10:00 a.m. in Charlotte.**

It is so ordered.

Signed: July 18, 2007

Graham C. Mullen
United States District Judge