UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-283-GCM

| JOHN F. SIMONTACCHI, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| INVENSYS, INC., | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the court on its own motion. The trial originally set for November 5, 2007, is hereby re-scheduled for **Tuesday, November 13, 2007, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 4, 2007

Graham C. Mullen
United States District Judge