UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-283-GCM

JOHN F. SIMONTACCHI,           )
         Plaintiff,           )
v.                             )
                              )       **ORDER**
INVENSYS, INC.,                )
         Defendant.          )
                              )

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **Monday, February 4, 2008, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 18, 2007

Graham C. Mullen
United States District Judge