**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:05cv283**

| | |
|---|---|
| JOHN F. SIMONTACCHI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INVENSYS, INC., )<br>)<br>Defendants. )<br>_____ ) | **JUDGMENT** |

This matter is before the Court after review of the ERISA record and after conducting as trial without a jury as to the remaining non-ERISA claims. For the reasons set forth in the Memorandum and Decision filed herewith as to the non-ERISA claims and for the reasons set forth in the Memorandum and Decision as to ERISA Claim which is also filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that **JUDGMENT** in the amount of seven thousand nine hundred thirty-four dollars and sixty cents ($7,934.60) is hereby **ENTERED** in favor of the Defendant Invensys, Inc. against the Plaintiff John F. Simontacchi together with interest from the date of Plaintiff's breach.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that as to the Plaintiff's claim for long term disability benefits pursuant to ERISA that **JUDGMENT** is hereby entered in favor of the Defendant and against the Plaintiff, and the determination that the Plaintiff is entitled to no additional long term disability benefits is **AFFIRMED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that as to all other matters the Partial Judgment of this Court entered January 11, 2008, is confirmed in all respects.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that each party shall bear his/its own costs.

Martin Reidinger
United States District Judge

Signed: February 19, 2009